AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Sindi Yamileth Mejia Avila<br>a/k/a Sindy Yamileth Mejia Avila<br><br>_____<br>*Defendant* | )<br>)  Case No. 8:24cr550 KKM-TGW<br>)<br>)<br>)<br>) |

## ARREST WARRANT

MAR 5 2025 PM2:36
FILED - USDC - FLMD - TPA

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sindi Yamileth Mejia Avila a/k/a Sindy Yamileth Mejia Avila,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1);
False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B); and
False Claim of United States Citizenship, in violation of 18 U.S.C. § 1015(e)

Date: 12/17/24

*Issuing officer's signature*

City and state:   Tampa, FL        ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/17/2024, and the person was arrested on *(date)* 3/4/2025
at *(city and state)* Tampa, Florida.

Date: 3/4/2025

*Arresting officer's signature*

Alvis Lockhart
*Printed name and title*