UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila

CASE NO. 8:24cr550 KKM-TGW

18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

42 U.S.C. § 408(a)(7)(B)
(False Representation of a Social Security Number)

18 U.S.C. § 1015(e)
(False Claim of U.S. Citizenship)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Aggravated Identity Theft)**

On or about November 8, 2022, in the Middle District of Florida, the defendant,

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of C.G.G., and the Social Security number of C.G.G., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Two of this Indictment, Count Two being incorporated by reference, and during and in relation to

a felony violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Three of this Indictment, Count Three being incorporated by reference, and knowing that such means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT TWO
### (False Representation of a Social Security Number)

On or about November 8, 2022, in the Middle District of Florida, the defendant,

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila,

for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned to her by the Commissioner of Social Security, when in fact such number was not the Social Security account number assigned to her by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT THREE
### (False Claim of United States Citizenship)

On or about November 8, 2022, in the Middle District of Florida, the defendant,

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila,

did falsely and knowingly claim to be a citizen of the United States with the intent to engage unlawfully in employment in the United States.

In violation of 18 U.S.C. § 1015(e).

A TRUE BILL,

███████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Karyna Valdes
Assistant United States Attorney

By: *[signature] Cherie Krigsman, AUSA for*
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section