UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-550-KKM-TGW

SINDI YAMILETH MEJIA AVILA

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE
RECORDS OF A REGULARLY CONDUCTED ACTIVITY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Introduce Records of a Regularly Conducted Activity, pursuant to Federal Rules of Evidence 803(6), 803(8), 902(1), 902(4), 902(11), and 902(13). Specifically, the United States intends to introduce the following records:

1. The United States may seek to introduce records from the United States Department of Homeland Security U.S. Citizenship and Immigration Services ("USCIS") related to the Defendant's alien file. The records to be introduced were

produced at Bates DISC-00929-01019, and the 902(1)/902(11) certificate for these records is attached hereto as Exhibit 1.

                                Respectfully submitted,

                                GREGORY W. KEHOE
                                United States Attorney

By:   */s/ Karyna Valdes*
        Karyna Valdes
        Assistant United States Attorney
        Florida Bar No. 0122261
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Karyna.Valdes@usdoj.gov

EXHIBIT 1

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(4) AND 902(11)

I, Diane Hodges, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by U.S. Citizenship and Immigration Services (hereinafter "the entity"), and my title is Supervisory Records Management Sepcialist. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are the original records in the custody of the provider. The attached records consist of A-File A216218330 SINDI YAMILETH MEJIA AVILA. I further state that:

all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice.

I further state that this certification is intended to satisfy Rules 902(4) and 902(11) of the Federal Rules of Evidence.

8/12/2025                     *Diane Hodges* (signature)
Date                          Signature