UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 8:24-cr-00550-KKM-TGW

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Auditor Karen Rahlf, Homeland Security Investigations
2. Ms. Amanda Hull
3. Ms. Cristina Guadalupe Guzman
4. Special Agent Alvis Lockhart, Homeland Security Investigations
5. Special Agent Jeremy Fillie, Florida Department of Law Enforcement

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

                                      Respectfully submitted,

                                      GREGORY W. KEHOE
                                      United States Attorney

By:   */s/ Karyna Valdes*
       Karyna Valdes
       Assistant United States Attorney
       Florida Bar No. 0122261
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358

       */s/ Lindsey N. Schmidt*
       Lindsey N. Schmidt
       Assistant United States Attorney
       United States Attorney No. 222
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Lindsey.Schmidt@usdoj.gov