UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-CR-00550-KKM-TGW

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila

## **PARTIES' FIRST AMENDED JOINT PROPOSED JURY INSTRUCTIONS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, the Defendant, Sindi Yamileth Mejia Avila, and her attorney, William Sansone, Esq., hereby jointly request that the following jury instructions be given during the Court's charge at the end of this trial. The parties respectfully request that they be allowed to propose such additional instructions as become appropriate based on the evidence presented at trial.

Respectfully submitted,

**GREGORY W. KEHOE**
**United States Attorney**

By:                                               By:
*/s/ Karyna Valdes*                              */s/ William F. Sansone*
Karyna Valdes                                     William F. Sansone, Esq.
Assistant United States Attorney                  Florida Bar No. 781231
Florida Bar No. 0122261                           609 W De Leon St
400 N. Tampa St., Ste. 3200                       Tampa, FL 33606
Tampa, FL 33602-4798                              Telephone: (813) 361-0874
Telephone: (813) 274-6000                         E-mail: sansonew@gmail.com
E-mail: Karyna.Valdes@usdoj.gov

_/s/ Lindsey N. Schmidt_
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-CR-00550-KKM-TGW

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila

COURT'S INSTRUCTIONS
TO THE JURY

Members of the Jury:

It's my duty to instruct you on the rules of law that you must use in deciding

this case. After I've completed these instructions, you will go to the jury room and

begin your discussions – what we call your deliberations.

You must decide whether the Government has proved the specific facts

necessary to find the Defendant guilty beyond a reasonable doubt.

**B2.1**
**The Duty to Follow Instructions and the Presumption of Innocence**
[*For use if the Defendant testifies*]

Your decision must be based only on the evidence presented here. You must not be influenced in any way by either sympathy for or prejudice against the Defendant or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a defendant isn't evidence of guilt. The law presumes every defendant is innocent. The Defendant does not have to prove his innocence or produce any evidence at all. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendant not guilty.

**B2.2**

**The Duty to Follow Instructions and the Presumption of Innocence**
**When a Defendant Does Not Testify**
**[*For use if the Defendant does not testify*]**

Your decision must be based only on the evidence presented during the trial. You must not be influenced in any way by either sympathy for or prejudice against the Defendant or the Government.

You must follow the law as I explain it – even if you do not agree with the law – and you must follow all of my instructions as a whole. You must not single out or disregard any of the Court's instructions on the law.

The indictment or formal charge against a defendant isn't evidence of guilt. The law presumes every defendant is innocent. The Defendant does not have to prove her innocence or produce any evidence at all. A defendant does not have to testify, and you cannot consider in any way the fact that the Defendant did not testify. The Government must prove guilt beyond a reasonable doubt. If it fails to do so, you must find the Defendant not guilty.

**B3**
**Definition of "Reasonable Doubt"**

The Government's burden of proof is heavy, but it doesn't have to prove a Defendant's guilt beyond all <u>possible</u> doubt. The Government's proof only has to exclude any "reasonable doubt" concerning the Defendant's guilt.

A "reasonable doubt" is a real doubt, based on your reason and common sense after you've carefully and impartially considered all the evidence in the case.

"Proof beyond a reasonable doubt" is proof so convincing that you would be willing to rely and act on it without hesitation in the most important of your own affairs. If you are convinced that the Defendant has been proved guilty beyond a reasonable doubt, say so. If you are not convinced, say so.

**B4**
## Consideration of Direct and Circumstantial Evidence;
## Argument of Counsel; Comments by the Court

As I said before, you must consider only the evidence that I have admitted in the case. Evidence includes the testimony of witnesses and the exhibits admitted. But, anything the lawyers say is not evidence and isn't binding on you.

You shouldn't assume from anything I've said that I have any opinion about any factual issue in this case. Except for my instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own decision about the facts.

Your own recollection and interpretation of the evidence is what matters.

In considering the evidence you may use reasoning and common sense to make deductions and reach conclusions. You shouldn't be concerned about whether the evidence is direct or circumstantial.

"Direct evidence" is the testimony of a person who asserts that he or she has actual knowledge of a fact, such as an eyewitness.

"Circumstantial evidence" is proof of a chain of facts and circumstances that tend to prove or disprove a fact. There's no legal difference in the weight you may give to either direct or circumstantial evidence.

**B5**
**Credibility of Witnesses**

When I say you must consider all the evidence, I don't mean that you must accept all the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. The number of witnesses testifying concerning a particular point doesn't necessarily matter.

To decide whether you believe any witness I suggest that you ask yourself a few questions:

- Did the witness impress you as one who was telling the truth?

- Did the witness have any particular reason not to tell the truth?

- Did the witness have a personal interest in the outcome of the case?

- Did the witness seem to have a good memory?

- Did the witness have the opportunity and ability to accurately observe the things he or she testified about?

- Did the witness appear to understand the questions clearly and answer them directly?

- Did the witness's testimony differ from other testimony or other evidence?

**S5**
**Note-taking**

You've been permitted to take notes during the trial. Most of you – perhaps all of you – have taken advantage of that opportunity.

You must use your notes only as a memory aid during deliberations. You must not give your notes priority over your independent recollection of the evidence. And you must not allow yourself to be unduly influenced by the notes of other jurors.

I emphasize that notes are not entitled to any greater weight than your memories or impressions about the testimony.

**B8**
**Introduction to Offense Instructions**

The indictment charges three separate crimes, called "counts," against the Defendant. Each count has a number. You'll be given a copy of the indictment to refer to during your deliberations.

Count One charges that the Defendant did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of C.G.G., and the Social Security number of C.G.G., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Two of the Indictment, and during and in relation to a felony violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Three of the Indictment, and knowing that such means of identification belonged to another actual person.

Count Two charges that the Defendant for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned to her by the Commissioner of Social Security, when in fact such number was not the Social Security account number assigned to her by the Commissioner of Social Security.

Count Three charges that the Defendant did falsely and knowingly claim to be a citizen of the United States with the intent to engage unlawfully in employment in the United States.

**O40.3**
**Aggravated Identity Theft**
**18 U.S.C. § 1028A(a)(1)**

It's a Federal crime to commit aggravated identity theft.

The Defendant can be found guilty of aggravated identity theft only if all the following facts are proved beyond a reasonable doubt:

 (1) the Defendant knowingly transferred, possessed, or used another person's means of identification;

 (2) without lawful authority; and

 (3) during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number and a felony violation of 18 U.S.C. § 1015(e), false claim to United States citizenship with the intent to engage unlawfully in employment in the United States.

A "means of identification" is any name or number used, alone or together with any other information, to identify a specific person, including a name, social security number, date of birth, officially issued driver's license or identification number, alien registration number, passport number, employer or taxpayer identification number, or electronic identification number or routing code.  It can also include a fingerprint, voice print or other biometric data.

The Government must prove that the Defendant knew that the means of identification, in fact, belonged to another actual person, living or dead, and not a fictitious person.

The Government must prove that the Defendant knowingly transferred, possessed, or used another person's identity "without lawful authority."  The

Government does not have to prove that the Defendant stole the means of identification. The Government is required to prove the Defendant transferred, possessed, or used the other person's means of identification for an unlawful or illegitimate purpose.

The Government also must prove that the means of identification was possessed "during and in relation to" the crime alleged in the indictment. The phrase "during and in relation to" means that there must be a firm connection between the Defendant, the means of identification, and the crime alleged in the indictment. The means of identification must have helped with some important function or purpose of the crime, and not simply have been there accidentally or coincidentally. The means of identification at least must facilitate, or have the potential of facilitating, the crime alleged in the indictment.

## ANNOTATIONS AND COMMENTS

18 U.S.C. § 1028A(a)(1)provides:

> (a) Offenses. - -
>
> > (1) In general. - - Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

The definitions of "means of identification" and "identification document" are taken from 18 U.S.C. § 1028(d). The Committee has not included "telecommunication identifying information or access device" as a "means of identification," *see* 18 U.S.C. § 1028(d)(7)(D), because it is unlikely to occur often and otherwise creates confusion in the pattern instruction.

In *United States v. Zitron*, 810 F.3d 1253, 1260 (11th Cir. 2016) (per curiam), the Eleventh Circuit found that the defendant used the victim's identity "without lawful authority" in two ways: (1) the defendant did not have permission to use the victim's identity, and (2) the defendant used the victim's means of identification for an unlawful purpose. *See also United States v. Joseph*, 567 F. App'x 844, 848 (11th Cir. 2014) (per curiam) (unpublished).

The Supreme Court recently clarified the elements of an offense under § 1028A(a)(1), and held that it "requires the Government to show that the defendant *knew* that the 'means of identification' he or she unlawfully transferred, possessed, or used, in fact, belonged to 'another person.'" *Flores-Figueroa v. United States*, 556 U.S. 646, 657 (2009) (emphasis in original). This part of the holding is contrary to *United States v. Hurtado*, 508 F.3d 603 (11th Cir. 2007) (per curiam), in which the Eleventh Circuit had held that the Government was not required to show that the Defendant used identification documents that he knew had actually been assigned to another individual, as opposed to a fictitious person.

*Hurtado*'s holding that § 1028A(a)(1) does not require the Government to prove that the defendant obtained another person's identification documents by "stealing" has not been overruled. *See id.* at 608. In other words, the phrase "without lawful authority" prohibits methods of obtaining another person's identification beyond stealing. *See id.*; *see also Flores-Figueroa*, 556 U.S. at 655 (noting that examples of identity theft identified in the legislative history of § 1028A include "dumpster diving," "accessing information that was originally collected for an authorized

purpose," "hack[ing] into computers," and "steal[ing] paperwork likely to contain personal information" (citing H. R. Rep No. 108-528, at 4-5 (2004))).

Accordingly, the elements of this offense (as originally set forth in *Hurtado*) have been modified and combined, as the Supreme Court requires. *See also United States v. Gomez*, 580 F.3d 1229 (11th Cir. 2009).

## O115
## Falsely Representing a Social Security Number
## 42 U.S.C. § 408(a)(7)(B)

It's a Federal crime for anyone to intentionally deceive someone else by falsely representing a Social Security number to be the person's own.

The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) the Defendant knowingly represented to someone that the Social Security number described in the indictment had been assigned to the Defendant by the Commissioner of Social Security;

(2) at the time, the Social Security number had not been assigned to the Defendant; and

(3) the Defendant intended to deceive someone in order to engage in unlawful employment in the United States.

To "act with intent to deceive" simply means to act deliberately for the purpose of misleading someone. But the Government does not have to prove that someone was actually misled or deceived.

## ANNOTATIONS AND COMMENTS

42 U.S.C. § 408(a)(7)(B) provides:

Whoever - -

(B) with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person [shall be guilty of an offense against the United States].

Maximum Penalty: Five (5) years imprisonment and applicable fine.

**False Claim of United States Citizenship**
**18 U.S.C. § 1015(e)**
**(modified instruction- no standard Eleventh Circuit instruction)**

It's a Federal crime for anyone to falsely claim that they are a United States citizen in order to unlawfully gain employment.

The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

(1) the Defendant was an alien; and

(2) at the time, the Defendant knowingly made a false statement or claim that the Defendant was a citizen of the United States; and

(3) the Defendant made the false statement to unlawfully gain employment in the United States.

An alien is any person who isn't a natural-born or naturalized citizen, or a national of the United States.

## ANNOTATIONS AND COMMENTS:

The is no standard Eleventh Circuit jury instruction for 18 U.S.C. § 1015(e). The proposed instruction is a modified version of the Seventh Circuit jury instruction for 18 U.S.C. § 1015(e). The Seventh Circuit jury instruction states:

## 18 U.S.C. § 1015(e) False Claim of Citizenship—Elements

*[The indictment charges the defendant[s] with; Count[s] of the indictment charge[s] the defendant[s] with]* making a false claim of citizenship. In order for you to find *[the; a]* defendant guilty of this charge, the government must prove each of the *[three]* following elements beyond a reasonable doubt:

1. The defendant was an alien; and

2. The defendant knowingly made a *[false statement; claim]* that the defendant *[is; has been]* a *[citizen; national]* of the United States; and

3. The defendant made the *[false statement; claim]* for the purpose of obtaining *[Federal benefits; State benefits; Federal services; State services; to unlawfully gain employment]* in the United States.

If you find from your consideration of all the evidence that the government has proved each of these elements beyond a reasonable doubt *[as to the charge you are considering]*, then you should find the defendant guilty *[of that charge]*.

If, on the other hand, you find from your consideration of all the evidence that the government has failed to prove any one of these elements beyond a reasonable doubt *[as to the charge you are considering]*, then you should find the defendant not guilty *[of that charge]*.

Fed. Crim. Jury Instr. 7th Cir. 1015(e) (2023 ed.).

**B9.1A**
**Knowingly – General**
**(*Willfully definition removed*)**

The word "knowingly" means that an act was done voluntarily and intentionally and not because of a mistake or by accident.

**B9.2**
**On or About a Particular Date**

You'll see that the indictment charges that a crime was committed "on or about" a certain date. The Government doesn't have to prove that the offense occurred on an exact date. The Government only has to prove beyond a reasonable doubt that the crime was committed on a date reasonably close to the date alleged.

**Middle District of Florida**
**Basic Conjunctive Charge**

Where a statute specifies several alternative ways in which an offense may be committed, the <u>indictment</u> may allege the several ways in the conjunctive, that is, by using the word "and;" therefore, if only <u>one</u> of the alternatives is proved beyond a reasonable doubt, that is sufficient for conviction, so long as the jury agrees unanimously as to at least one of the alternatives.

**B10.2**
**Caution: Punishment**
**(Single Defendant, Multiple Counts)**

Each count of the indictment charges a separate crime. You must consider each crime and the evidence relating to it separately. If you find the Defendant guilty or not guilty of one crime, that must not affect your verdict for any other crime.

I caution you that the Defendant is on trial only for the specific crimes charged in the indictment. You're here to determine from the evidence in this case whether the Defendant is guilty or not guilty of those specific crimes.

You must never consider punishment in any way to decide whether the Defendant is guilty or not guilty. If you find the Defendant guilty, the punishment is for the Judge alone to decide later.

**B11**
**Duty to Deliberate**

Your verdict, whether guilty or not guilty, must be unanimous – in other words, you must all agree. Your deliberations are secret, and you'll never have to explain your verdict to anyone.

Each of you must decide the case for yourself, but only after fully considering the evidence with the other jurors. So you must discuss the case with one another and try to reach an agreement. While you're discussing the case, don't hesitate to reexamine your own opinion and change your mind if you become convinced that you were wrong. But don't give up your honest beliefs just because others think differently or because you simply want to get the case over with.

Remember that, in a very real way, you're judges – judges of the facts. Your only interest is to seek the truth from the evidence in the case.

**B12**
**Verdict**

When you get to the jury room, choose one of your members to act as foreperson. The foreperson will direct your deliberations and will speak for you in court.

A verdict form has been prepared for your convenience.

[Explain verdict]

Take the verdict form with you to the jury room. When you've all agreed on the verdict, your foreperson must fill in the form, sign it, date it, and carry it. Then you'll return it to the courtroom.

If you wish to communicate with me at any time, please write down your message or question and give it to the marshal. The marshal will bring it to me and I'll respond as promptly as possible – either in writing or by talking to you in the courtroom. But I caution you not to tell me how many jurors have voted one way or the other at that time.