UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-550-KKM-TGW

SINDI YAMILETH MEJIA AVILA,
a/k/a Sindy Yamileth Mejia Avila,

    Defendant.
_____

**ORDER**

Pursuant to Federal Rule of Evidence 615, it is **ORDERED**:

1. All potential witnesses in this action are **EXCLUDED** from Tampa Courtroom 13B prior to offering their testimony, except as provided by another order of this Court.

2. All potential witnesses in this action are **PROHIBITED** from accessing trial testimony in this case in any way prior to offering their own testimony, including by reading trial transcripts, speaking with persons with knowledge of trial testimony, or reviewing accounts of any trial testimony from any source.

3. The parties, their attorneys, witnesses, members of the public, and any other person present for proceedings in this case are **PROHIBITED** from disclosing any trial testimony to an excluded witness.

4. Failure to abide by this order may result in (1) a finding of contempt, (2) an opportunity for cross-examination of the witness about the violation, or (3) exclusion of the witness's testimony. *See United States v. Graham*, 123 F.4th 1197, 1257 (11th Cir. 2024).

5. Counsel for the parties are **DIRECTED** to serve a copy of this Order on each witness on their witness list.

6. The Court Security Officer is **DIRECTED** to post a copy of this Order at the main entrance to Tampa Courtroom 13B.

**ORDERED** in Tampa, Florida, on August 22, 2025.

Kathryn Kimball Mizelle
United States District Judge