UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:24-cr-550-KKM-TGW | **DATE:** August 25, 2025 |
| **HONORABLE KATHRYN KIMBALL MIZELLE** | **COURTROOM:** 13B |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SINDI YAMILETH MEJIA AVILA** | **GOVERNMENT'S COUNSEL**<br>Karyna Valdes<br>Lindsey Schmidt |
| | **DEFENSE COUNSEL**<br>William Sansone |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **INTERPRETERS:** Beatriz Velasquez and Jesse Leonor | **LANGUAGE:** Spanish |
| **TIME:** 9:08 a.m.–11:08 a.m.<br>11:24 a.m.–12:20 p.m.<br>1:37 p.m.–3:09 p.m.<br>3:41 p.m.–5:05 p.m. | **TOTAL:** 5 hours, 52 minutes |

**PROCEEDINGS: JURY SELECTION AND TRIAL (DAY ONE)**

- Pretrial matters and logistics discussed

- Voir dire

- Twelve jurors and two alternates selected

- Jury sworn

- Preliminary jury instructions

- The United States' opening statement

- Defense's opening statement

- The United States calls Special Agent Alvis Lockhart for direct examination.

- Defense's cross-examination of Alvis Lockhart

- United States' redirect examination of Alvis Lockhart

- The United States calls Auditor Karen Rahlf for direct examination.

- Defense's cross-examination of Karen Rahlf

- The United States calls Cristina Guadalupe Guzman for direct examination.

- Defense's cross-examination of Cristina Guadalupe Guzman

- The United States calls Special Agent Jeremy Fillie for direct examination.

- Defense's cross-examination of Jeremy Fillie

- The United States rests.

- For reasons stated on the record, the defendant's Motion for Judgment of Acquittal is DENIED.

- Jury trial will resume on Tuesday, August 26, 2025, at 10:00 a.m.