UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-550-KKM-TGW

SINDI YAMILETH MEJIA AVILA,

a/k/a Sindy Yamileth Mejia Avila,

Defendant.

## VERDICT

1. **Count One of the Indictment**

As to the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1),

We, the Jury, find the defendant, Sindi Yamileth Mejia Avila:

Guilty ✓    Not Guilty _____

*Continue to next page.*

2. **Count Two of the Indictment**

As to the offense of False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B),

We, the Jury, find the defendant, Sindi Yamileth Mejia Avila:

Guilty ✓_____     Not Guilty _____

3. **Count Three of the Indictment**

As to the offense of False Claim of United States Citizenship, in violation of 18 U.S.C. § 1015(e),

We, the Jury, find the defendant, Sindi Yamileth Mejia Avila:

Guilty ✓_____     Not Guilty _____

SO SAY WE ALL, this __26th__ day of August, 2025.

███████████████

FOREPERSON

2